**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-20203-RAR**

**NATALIA JUSCINSKA**,

      Plaintiff,

v.

**RIUTEL BEACH, INC.,**

      Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

      **THIS CAUSE** comes before the Court upon Defendant Riutel Beach, Inc.'s Unopposed Motion for Extension of Time ("Motion"), [ECF No. 11], seeking an extension of time to respond to the Complaint, [ECF No. 1], up to and through March 18, 2025.  The Motion indicates that Defendant's counsel "has discussed and further intends to discuss this case in good faith with Plaintiff's counsel to explore an amicable resolution."  [ECF No. 11] at ¶ 5.  Given this representation, the Court finds good cause to administratively close this case to allow the parties to explore the possibility of settlement.   Accordingly, the Court, having carefully reviewed the Motion, the record, and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a status report or the appropriate dismissal documents on or before **March 18, 2025**.

      2.  If the parties reach an impasse, either party may move to reopen the case and restore it to the active docket.

      3.  The Clerk shall **CLOSE** this case for administrative purposes only.

4.  All deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**